**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**CIVIL MINUTES**

**Date:** February 28, 2008     **JUDGE:** Phyllis J. Hamilton

**Case No:** C-07-5858 PJH

**Case Name:** Helen Yack v. Washington Mutual Inc.

**Attorney(s) for Plaintiff:**     No appearance
**Attorney(s) for Defendant:**     No appearance

**Deputy Clerk**: Nichole Heuerman     **Court Reporter**: Not Reported

**PROCEEDINGS**

Initial Case Management Conference-Held. Plaintiff does not appear. The court to issue an order to show cause.

**Order to be prepared by:**  [] Pl [] Def  [x] Court

**Notes:**

**cc:** file