# United States District Court

### NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HELEN and Martin Yack, on behalf of themselves and all others similarly situated | **SUMMONS IN A CIVIL CASE**<br>CASE NUMBER: 07 CV 5858 PJH |
| V. | |
| Washington Mutual, Inc. Sunlan-020105, LLC; Sheriff's Department, County of Los Angeles; Clerk's Office, County of Butte, California | **E-filing** |

TO: (Name and address of defendant)

County of Butte Clerk's Office
655 Oleander Avenue
Chico, California

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Dean Paik
Cohen & Paik LLP
300 Montgomery Street, Suite 660
San Francisco, California 94104

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

DATE March 14, 2008

_L MURRAY_
(BY) DEPUTY CLERK

# United States District Court
NORTHERN DISTRICT OF CALIFORNIA

HELEN and Martin Yack, on behalf of themselves
and all others similarly situated

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 07 CV 5858  PJH

V.

Washington Mutual, Inc. Sunlan-020105, LLC;
Sheriff's Department, County of Los Angeles;
Clerk's Office, County of Butte, California

**E-filing**

TO: (Name and address of defendant)

Los Angeles County Sheriff's Office
9355 Burton Way
Beverly Hills, Cal.

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Dean Paik
Cohen & Paik LLP
300 Montgomery Street, Suite 660
San Francisco, California 94104

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

DATE March 14, 2008

L MURRAY
(BY) DEPUTY CLERK

# United States District Court
NORTHERN DISTRICT OF CALIFORNIA

HELEN and Martin Yack, on behalf of themselves and all others similarly situated

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 07 CV 5858 PJH

V.

Washington Mutual, Inc. Sunlan-020105, LLC; Sheriff's Department, County of Los Angeles; Clerk's Office, County of Butte, California

**E-filing**

TO: (Name and address of defendant)

Sunlan-020105, LLC
8102 E. Santa Cruz Avenue
Orange, Cal. 92869

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Dean Paik
Cohen & Paik LLP
300 Montgomery Street, Suite 660
San Francisco, California 94104

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

DATE March 14, 2008

L. Murray
(BY) DEPUTY CLERK

# United States District Court
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HELEN and Martin Yack, on behalf of themselves and all others similarly situated | **SUMMONS IN A CIVIL CASE**<br>CASE NUMBER: 07 CV 5858 PJH |
| V. | |
| Washington Mutual, Inc. Sunlan-020105, LLC; Sheriff's Department, County of Los Angeles; Clerk's Office, County of Butte, California | E-filing |

TO: (Name and address of defendant)

Washington Mutual, Inc.
1301 2d Avenue
Seattle, Washington

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Dean Paik
Cohen & Paik LLP
300 Montgomery Street, Suite 660
San Francisco, California 94104

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

DATE March 14, 2008

_MURRAY_
(BY) DEPUTY CLERK