UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## CIVIL MINUTES

**Date:** April 3, 2008                              **JUDGE:** Phyllis J. Hamilton

**Case No:** C-07-5858 PJH

**Case Name:** Helen Yack, et al v. Washington Mutual, Inc., et al.

**Attorney(s) for Plaintiff:**     No appearance
**Attorney(s) for Defendant:**

**Deputy Clerk:** Nichole Heuerman          **Court Reporter:** Not Reported

### PROCEEDINGS

    Order to Show Cause-Not Held. No appearance is made by plaintiff. The court to issue order.

**Order to be prepared by:**   [] Pl [] Def  [x] Court

**Notes:**

**cc:** file