UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

HELEN AND MARTIN YACK,

    Plaintiff(s),

    v.

WASHINGTON MUTUAL INC., et al.,

    Defendant(s).

_____/

No. C 07-5858 PJH

**ORDER VACATING DISMISSAL AND SCHEDULING CASE MANAGEMENT CONFERENCE**

    Pro se plaintiffs having failed to appear at the case management conference, having failed to file a proof of service of the summons and complaint on any defendant, and having failed to appear at the Order to Show Cause hearing on April 3, 2008, their complaint was dismissed for failure to prosecute by order filed April 4, 2008. The court has now received a letter from Dean Paik advising that he has been retained to represent plaintiffs and that he had been unaware of the April 3, 2008 hearing.

    Accordingly, in that no final judgment has been entered, the order dismissing the complaint is VACATED, and the clerk is instructed to reopen the file. Mr. Paik shall file a substitution of counsel no later than April 11, 2008.

    A case management conference is scheduled for May 15, 2008, at 2:30 p.m. A joint case management statement shall be prepared in accordance with this court's standing order provided on the filing of the complaint.

**IT IS SO ORDERED.**

Dated: April 7, 2008

                                                                 PHYLLIS J. HAMILTON
                                                                 United States District Court