DEAN D. PAIK (State Bar No. 126920)
COHEN & PAIK LLP
300 Montgomery Street, Suite 660
San Francisco, CA 94104
Telephone: (415) 398-3900
Facsimile: (415) 398-7500

PAUL S. GROBMAN (not admitted in California)
555 Fifth Avenue, 17th Floor
New York, New York
Telephone: 212-983-5880
Facsimile: 212-682-7060

Attorneys for HELEN and MARTIN YACK
on behalf of themselves and all others similarly situated

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HELEN and MARTIN YACK, on behalf of themselves and all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> WASHINGTON MUTUAL INC., SUNLAN-020105, LLC; SHERIFF'S DEPARTMENT, COUNTY OF LOS ANGELES, CALIFORNIA; CLERK'S OFFICE, COUNTY OF BUTTE, CALIFORNIA; and DOES 1-10, <br><br> Defendants. | Case No.: 07-5858-PJH <br><br> **SUBSTITUTION OF COUNSEL** |

TO THE COURT AND ALL PARTIES:

PLEASE TAKE NOTICE that Dean D. Paik and Cohen & Paik LLP intend to and do substitute as counsel in the above-entitled matter for Martin and Helen Yack pro se litigants on behalf of themselves and all others similarly situated.

SUBSTITUTION OF COUNSEL
CASE NO. 07-5858-PJH

Counsel for Plaintiffs can be contacted at:

Cohen & Paik LLP
300 Montgomery Street, Suite 660
San Francisco, CA 94104

Dated: April 7, 2008

DEAN D. PAIK
COHEN & PAIK LLP

By _____
   DEAN D. PAIK

Attorneys for HELEN and MARTIN YACK on behalf of themselves and all others similarly situated

I consent to this substitution.

Date:

_____
MARTIN YACK on behalf of himself
and all others similarly situated

Date:

_____
HELEN YACK on behalf of herself
and all others similarly situated

IT IS SO ORDERED

Dated:

PHYLLIS J. HAMILTON
UNITED STATES DISTRICT JUDGE

- 2 -

SUBSTITUTION OF COUNSEL
CASE NO. 07-5858-PJH