1. DEAN D. PAIK (State Bar No. 126920)
   COHEN & PAIK LLP
2. 300 Montgomery Street, Suite 660
   San Francisco, CA 94104
3. Telephone: (415) 398-3900
   Facsimile: (415) 398-7500
4.
5. PAUL S. GROBMAN (not admitted in California)
   555 Fifth Avenue, 17th Floor
6. New York, New York
   Telephone: 212-983-5880
7. Facsimile: 212-682-7060

8. Attorneys for HELEN and MARTIN YACK
   on behalf of themselves and all others similarly situated

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HELEN and MARTIN YACK, on behalf of themselves and all others similarly situated, | Case No.: 07-5858-PJH |
| Plaintiffs, | **SUBSTITUTION OF COUNSEL** |
| v. | |
| WASHINGTON MUTUAL INC., SUNLAN-020105, LLC; SHERIFF'S DEPARTMENT, COUNTY OF LOS ANGELES, CALIFORNIA; CLERK'S OFFICE, COUNTY OF BUTTE, CALIFORNIA; and DOES 1-10, | |
| Defendants. | |

TO THE COURT AND ALL PARTIES:

PLEASE TAKE NOTICE that Dean D. Paik and Cohen & Paik LLP intend to and do substitute as counsel in the above-entitled matter for Martin and Helen Yack pro se litigants on behalf of themselves and all others similarly situated.

Counsel for Plaintiffs can be contacted at:

Cohen & Paik LLP
300 Montgomery Street, Suite 660
San Francisco, CA 94104

Dated: April 7, 2008

DEAN D. PAIK
COHEN & PAIK LLP

By _____
        DEAN D. PAIK

Attorneys for HELEN and MARTIN YACK on behalf of themselves and all others similarly situated

I consent to this substitution.

Date:

_____
MARTIN YACK on behalf of himself
and all others similarly situated

Date:

_____
HELEN YACK on behalf of herself
and all others similarly situated

IT IS SO ORDERED

Dated:

PHYLLIS J. HAMILTON
UNITED STATES DISTRICT JUDGE

- 2 -

SUBSTITUTION OF COUNSEL
CASE NO. 07-5858-PJH