JAMES F. McCABE (BAR NO. 104686)
ADRIANO HRVATIN (BAR NO. 220909)
SARAH E. GRISWOLD (BAR NO. 240326)
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522
Email: jmccabe@mofo.com

Attorneys for Defendant
WASHINGTON MUTUAL BANK

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| HELEN and MARTIN YACK, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>WASHINGTON MUTUAL, INC.; SUNLAN-020105, LLC; SHERIFF'S DEPARTMENT, COUNTY OF LOS ANGELES, CALIFORNIA; CLERK'S OFFICE, COUNTY OF BUTTE, CALIFORNIA; and DOES 1-10,<br><br>Defendants. | Case No. C-07-5858 PJH<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT WASHINGTON MUTUAL BANK'S REQUEST FOR ADMINISTRATIVE RELIEF FROM RESPONDING TO PLAINTIFFS' AMENDED COMPLAINT** |

1         On April 17, 2008, Defendant Washington Mutual Bank filed a Request for
2  Administrative Relief from Responding to Plaintiffs' Amended Complaint pursuant to Northern
3  District Local Rule 7-11.  Based on the Request, the opposition filed by Plaintiffs Helen and
4  Martin Yack, and the supporting documents submitted by the parties, the Court orders that:
5         1.    Defendant Washington Mutual Bank's Request for Administrative Relief from
6  Responding to Plaintiffs' Amended Complaint is GRANTED;
7         2.    Plaintiffs' counsel Paul Grobman shall file a declaration indicating when he first
8  provided advice or services related to the subject matter of this lawsuit to Plaintiffs and whether
9  he received the case management scheduling order issued on November 19, 2007;
10        3.    If Mr. Grobman denies having received the initial case management scheduling
11 order, he shall obtain and file a declaration from a knowledgeable person at the service that fax-
12 filed the complaint and its correction on November 19 and 20, 2007, indicating whether the
13 service's records can support or refute that denial;
14        4.    Plaintiffs' counsel Dean Paik shall file a declaration indicating:  (a) when Cohen &
15 Paik LLP first provided services to Plaintiffs in this case; (b) when anyone affiliated with Cohen
16 & Paik LLP first became aware of the existence or contents of the Court's February 29, 2007
17 order to show cause; and (c) when anyone affiliated with Cohen & Paik LLP first reviewed the
18 Court's docket in this case.
19        5.    The declarations ordered herein shall be filed by April ___, 2008;
20        6.    No defendant shall be required to respond or otherwise plead to the complaint until
21 the Court has reviewed the declarations ordered above;
22        7.    If the Court concludes that reinstatement of Plaintiffs' complaint was not
23 improperly procured, defendants will have ten days from entry of the Court's order so providing
24 to respond or otherwise plead to Plaintiffs' amended complaint; and

1   8. All other case management deadlines, including the case management conference
2   set for May 15, 2008, are VACATED until further notice.

4   IT IS SO ORDERED.

6   Dated: _____

7                                       _____
                                        The Honorable Phyllis Hamilton
8                                       United States District Judge