1    TOMIO B. NARITA (SBN 156576)
     ROBIN M. BOWEN (SBN 230309)
2    SIMMONDS & NARITA LLP
     44 Montgomery Street, Suite 3010
3    San Francisco, CA 94104-4816
     Telephone: (415) 283-1000
4    Facsimile:   (415) 352-2625
     tnarita@snllp.com
5    rbowen@snllp.com

6    Attorneys for Defendant
     Sunlan-020105, LLC
7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10

11

12   HELEN and MARTIN YACK on        )   CASE NO.: C 07-5858-PJH
     behalf of themselves and all others )
13   similarly situated,              )
                                      )   **NOTICE OF APPEARANCE OF**
14             Plaintiffs,            )   **COUNSEL**
                                      )
15             vs.                    )
                                      )
16   WASHINGTON MUTUAL INC.,          )
     SUNLAN-020105, LLC;              )
17   SHERIFF'S DEPARTMENT,            )
     COUNTY OF LOS ANGELES,           )
18   CALIFORNIA; CLERK'S              )
     OFFICE, COUNTY OF BUTTE,         )
19   CALIFORNIA; and DOES 1-10,       )
                                      )
20             Defendants.            )
                                      )
21   _____ )

22

23

24

25

26

27

28

TO PLAINTIFF AND HIS ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Tomio B. Narita, Esq. of the law firm Simmonds & Narita LLP hereby notes his appearance as counsel for defendant Sunlan-020105, LLC in this matter.

DATED: April 21, 2008          SIMMONDS & NARITA, LLP
                               TOMIO B. NARITA
                               ROBIN M. BOWEN


                               By:  s/ Tomio B. Narita
                                    Tomio B. Narita
                                    Attorneys for defendant
                                    Sunlan-020105, LLC