United States District Court
For the Northern District of California

1
2
3   UNITED STATES DISTRICT COURT
4   NORTHERN DISTRICT OF CALIFORNIA
5
6
7   HELEN AND MARTIN YACK,
8              Plaintiff(s),                  No. C 07-5858 PJH
9        v.                                   **ORDER DENYING REQUEST FOR ADMINISTRATIVE RELIEF**
10
11  WASHINGTON MUTUAL, INC., et al.,
12             Defendant(s).
    _____/
13
14       Before the court is defendant Washington Mutual's request for administrative relief from responding to plaintiffs' amended complaint. The request is DENIED; the court will hear this matter on the merits. Plaintiffs' counsel is, however, advised that the federal and local rules will be enforced and that future missed deadlines and appearances will result in an appropriate sanction. Defendant's response to the amended complaint shall be filed no later than May 7, 2008.

**IT IS SO ORDERED.**

Dated: April 21, 1008

_____
PHYLLIS J. HAMILTON
United States District Judge