1   TOMIO B. NARITA (SBN 156576)
    ROBIN M. BOWEN (SBN 230309)
2   SIMMONDS & NARITA LLP
    44 Montgomery Street, Suite 3010
3   San Francisco, CA 94104-4816
    Telephone: (415) 283-1000
4   Facsimile:   (415) 352-2625
    tnarita@snllp.com
5   rbowen@snllp.com

6   Attorneys for Defendant
    Sunlan-020105, LLC
7

8                    UNITED STATES DISTRICT COURT

9                 NORTHERN DISTRICT OF CALIFORNIA

10

11

12  HELEN and MARTIN YACK on          )   CASE NO.: C 07-5858-PJH
    behalf of themselves and all others )
13  similarly situated,               )
                                      )   **NOTICE OF APPEARANCE OF**
14               Plaintiffs,          )   **COUNSEL**
                                      )
15               vs.                  )
                                      )
16  WASHINGTON MUTUAL INC.,           )
    SUNLAN-020105, LLC;               )
17  SHERIFF'S DEPARTMENT,             )
    COUNTY OF LOS ANGELES,            )
18  CALIFORNIA; CLERK'S               )
    OFFICE, COUNTY OF BUTTE,          )
19  CALIFORNIA; and DOES 1-10,        )
                                      )
20               Defendants.          )
                                      )
21  _____    )

22

23

24

25

26

27

28

    YACK V. WASHINGTON MUTUAL, ET AL.  (CASE NO. C 07-5858-PJH).
    NOTICE OF APPEARANCE OF COUNSEL

1

TO PLAINTIFF AND HIS ATTORNEYS OF RECORD:

2

PLEASE TAKE NOTICE that Robin M. Bowen, Esq. of the law firm

3

Simmonds & Narita LLP hereby notes her appearance as additional counsel for

4

defendant Sunlan-020105, LLC in this matter.

5

6

7

DATED: April 21, 2008          SIMMONDS & NARITA, LLP
                               TOMIO B. NARITA

8                              ROBIN M. BOWEN

9

10                             By:   s/ Robin M. Bowen
                                     Robin M. Bowen
11                                   Attorneys for defendant
                                     Sunlan-020105, LLC
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28