JAMES F. McCABE (CA BAR NO. 104686)
E-mail: JMcCabe@mofo.com
ADRIANO HRVATIN (CA BAR NO. 220909)
E-mail: AHrvatin@mofo.com
SARAH E. GRISWOLD (CA BAR NO. 240326)
E-mail: SGriswold@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

Attorneys for Defendant
WASHINGTON MUTUAL BANK

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| HELEN and MARTIN YACK, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>WASHINGTON MUTUAL, INC.; SUNLAN-020105, LLC; SHERIFF'S DEPARTMENT, COUNTY OF LOS ANGELES, CALIFORNIA; CLERK'S OFFICE, COUNTY OF BUTTE, CALIFORNIA; and DOES 1-10,<br><br>Defendants. | Case No. C-07-5858 PJH<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE** |

1   WHEREAS, on April 7, 2008, the Court issued an order scheduling an initial case management conference for May 15, 2008;

WHEREAS, on April 21, 2008, the Court ordered that defendants respond to plaintiffs' amended complaint no later than by May 7, 2008;

WHEREAS, counsel for the parties have met and conferred and agreed upon a briefing and hearing schedule for defendants' responses to plaintiffs' complaint and have submitted a stipulation and proposed order for the Court's approval; and

WHEREAS, counsel for the parties have met and conferred and agreed, for the convenience of the Court and to minimize the travel time of non-local counsel, that the initial case management conference be continued so that it take place on the same day as the hearing on defendants' responses to plaintiffs' complaint.

IT IS HEREBY STIPULATED by and between the parties, through their counsel of record, that:

1.   The initial case management conference is continued from May 15, 2008 to June 25, 2008, and shall take place following the hearing on defendants' responses to plaintiffs' amended complaint; and

2.   The parties shall still file their joint case management statement on May 8, 2008, as contemplated by the Court's April 7, 2008 order.

Dated:  May 2, 2008              DEAN D. PAIK
                                 COHEN & PAIK LLP

                                 PAUL S. GROBMAN


                                 By:   /s/ Dean D. Paik
                                       Dean D. Paik

                                 Attorneys for Plaintiffs
                                 HELEN YACK and MARTIN YACK

| | | |
|---|---|---|
| 1 | Dated: May 2, 2008 | JAMES F. McCABE |
| 2 | | ADRIANO HRVATIN |
| | | SARAH E. GRISWOLD |
| 3 | | MORRISON & FOERSTER LLP |
| 4 | | |
| | | By:   /s/ James F. McCabe |
| 5 | | James F. McCabe |
| 6 | | Attorneys for Defendant |
| | | WASHINGTON MUTUAL BANK |
| 7 | | |
| 8 | Dated: May 2, 2008 | TOMIO B. NARITA |
| | | ROBIN M. BOWEN |
| 9 | | SIMMONDS & NARITA LLP |
| 10 | | |
| | | By:   /s/ Tomio B. Narita |
| 11 | | Tomio B. Narita |
| 12 | | Attorneys for Defendant |
| | | SUNLAN-020105, LLC |
| 13 | | |
| 14 | Dated: May 2, 2008 | CATHERINE M. MATHERS |
| | | COLLINS COLLINS MUIR & STEWART LLP |
| 15 | | |
| 16 | | By:   /s/ Catherine M. Mathers |
| 17 | | Catherine M. Mathers |
| 18 | | Attorneys for Defendant |
| | | SHERIFF'S DEPARTMENT, |
| 19 | | COUNTY OF LOS ANGELES |
| 20 | | |
| 21 | IT IS SO ORDERED. | |
| 22 | | |
| 23 | Dated: _____ | |
| 24 | | The Honorable Phyllis Hamilton |
| 25 | | United States District Judge |

| | |
|---|---|
| 1 | GENERAL ORDER 45 ATTESTATION |

I, James F. McCabe, am the ECF User whose ID and password are being used to file this Stipulation and [Proposed] Order Continuing Initial Case Management Conference.  In compliance with General Order No. 45, X.B., I hereby attest that Dean Paik and Paul Grobman, counsel for plaintiffs Helen and Martin Yack; Tomio Narita, counsel for defendant Sunlan-020105, LLC; and Catherine Mathers, counsel for defendant Sheriff's Department, County of Los Angeles, have concurred in this filing.

James F. McCabe