JAMES F. McCABE (CA BAR NO. 104686)
E-mail: JMcCabe@mofo.com
ADRIANO HRVATIN (CA BAR NO. 220909)
E-mail: AHrvatin@mofo.com
SARAH E. GRISWOLD (CA BAR NO. 240326)
E-mail: SGriswold@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

Attorneys for Defendant
WASHINGTON MUTUAL BANK

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| HELEN and MARTIN YACK, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>WASHINGTON MUTUAL, INC.; SUNLAN-020105, LLC; SHERIFF'S DEPARTMENT, COUNTY OF LOS ANGELES, CALIFORNIA; CLERK'S OFFICE, COUNTY OF BUTTE, CALIFORNIA; and DOES 1-10,<br><br>Defendants. | Case No. C-07-5858 PJH<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING BRIEFING AND HEARING SCHEDULE ON DEFENDANTS' RESPONSE TO PLAINTIFFS' AMENDED COMPLAINT** |

WHEREAS, on April 21, 2008, the Court ordered that defendants respond to plaintiffs' amended complaint no later than by May 7, 2008; and

WHEREAS, counsel for the parties have met and conferred and agreed to a briefing and hearing schedule to coordinate defendants' response to plaintiffs' amended complaint and to afford the parties additional time in which to file opposition and reply briefs related to any motions to dismiss.

IT IS HEREBY STIPULATED by and between the parties, through their counsel of record, that:

- Defendants shall respond to plaintiffs' amended complaint by May 7, 2008;
- Plaintiffs shall file their opposition by May 28, 2008;
- Defendants' reply shall be filed by June 11, 2008; and
- The matter will be heard on June 25, 2008, at 9:00 a.m.

Dated: May 2, 2008

DEAN D. PAIK
COHEN & PAIK LLP

PAUL S. GROBMAN

By: /s/ Dean D. Paik
       Dean D. Paik

Attorneys for Plaintiffs
HELEN YACK and MARTIN YACK

Dated: May 2, 2008

JAMES F. McCABE
ADRIANO HRVATIN
SARAH E. GRISWOLD
MORRISON & FOERSTER LLP

By: /s/ James F. McCabe
       James F. McCabe

Attorneys for Defendant
WASHINGTON MUTUAL BANK

1  Dated: May 2, 2008                    TOMIO B. NARITA
                                         ROBIN M. BOWEN
2                                        SIMMONDS & NARITA LLP

3

4                                        By:  /s/ Tomio B. Narita
                                              Tomio B. Narita

5
                                         Attorneys for Defendant
6                                        SUNLAN-020105, LLC

7  Dated: May 2, 2008                    CATHERINE M. MATHERS
                                         COLLINS COLLINS MUIR & STEWART LLP
8

9
                                         By:  /s/ Catherine M. Mathers
10                                            Catherine M. Mathers

11                                       Attorneys for Defendant
                                         SHERIFF'S DEPARTMENT,
12                                       COUNTY OF LOS ANGELES

13

14         IT IS SO ORDERED.

15

16  Dated: 5/5/08

17                                       _____
                                         [Seal: UNITED STATES DISTRICT COURT
18                                        NORTHERN DISTRICT OF CALIFORNIA
                                          IT IS SO ORDERED
19                                        Judge Phyllis J. Hamilton]

20

21

22

23

24

25

26

27

28

GENERAL ORDER 45 ATTESTATION

I, James F. McCabe, am the ECF User whose ID and password are being used to file this Stipulation and [Proposed] Order Regarding Briefing and Hearing Schedule on Defendants' Response to Plaintiffs' Amended Complaint. In compliance with General Order No. 45, X.B., I hereby attest that Dean Paik and Paul Grobman, counsel for plaintiffs Helen and Martin Yack; Tomio Narita, counsel for defendant Sunlan-020105, LLC; and Catherine Mathers, counsel for defendant Sheriff's Department, County of Los Angeles, have concurred in this filing.

James F. McCabe