JAMES F. McCABE (CA BAR NO. 104686)
E-mail: JMcCabe@mofo.com
ADRIANO HRVATIN (CA BAR NO. 220909)
E-mail: AHrvatin@mofo.com
SARAH E. GRISWOLD (CA BAR NO. 240326)
E-mail: SGriswold@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

Attorneys for Defendant
WASHINGTON MUTUAL BANK

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| HELEN and MARTIN YACK, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>WASHINGTON MUTUAL, INC.; SUNLAN-020105, LLC; SHERIFF'S DEPARTMENT, COUNTY OF LOS ANGELES, CALIFORNIA; CLERK'S OFFICE, COUNTY OF BUTTE, CALIFORNIA; and DOES 1-10,<br><br>Defendants. | Case No. C-07-5858 PJH<br><br>**REVISED STIPULATION AND [PROPOSED] ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE** |

1    WHEREAS, on April 7, 2008, the Court issued an order scheduling an initial case management conference for May 15, 2008;

WHEREAS, on April 21, 2008, the Court ordered that defendants respond to plaintiffs' amended complaint no later than by May 7, 2008;

WHEREAS, counsel for the parties met and conferred and agreed upon a briefing and hearing schedule for defendants' responses to plaintiffs' complaint and submitted a stipulation and proposed order for the Court's approval;

WHEREAS, on May 5, 2008, the Court approved the parties' stipulation. Defendants' response to plaintiffs' complaint is due May 7, 2008; plaintiffs' opposition is due May 28, 2008; defendants' reply is due June 11, 2008; and the matter will be heard on June 25, 2008; and

WHEREAS, counsel for the parties have met and conferred and agreed, for the convenience of the Court and the parties so that they may focus their resources on the dispositive issues to be raised by defendants' responses to plaintiffs' complaint, that the initial case management conference be continued.

IT IS HEREBY STIPULATED by and between the parties, through their counsel of record, that:

1. The initial case management conference is continued from May 15, 2008 to July 31, 2008 at 2:30 p.m.; and

2. The parties shall file their joint case management statement by July 24, 2008.

Dated:  May 6, 2008            DEAN D. PAIK
                               COHEN & PAIK LLP

                               PAUL S. GROBMAN


                               By:    /s/ Dean D. Paik
                                         Dean D. Paik

                               Attorneys for Plaintiffs
                               HELEN and MARTIN YACK

| | | |
|---|---|---|
| 1 | Dated: May 6, 2008 | JAMES F. McCABE |
| 2 | | ADRIANO HRVATIN |
| | | SARAH E. GRISWOLD |
| 3 | | MORRISON & FOERSTER LLP |
| 4 | | |
| | | By:  /s/ James F. McCabe |
| 5 | | James F. McCabe |
| 6 | | Attorneys for Defendant |
| | | WASHINGTON MUTUAL BANK |
| 7 | | |
| 8 | Dated: May 6, 2008 | TOMIO B. NARITA |
| | | ROBIN M. BOWEN |
| 9 | | SIMMONDS & NARITA LLP |
| 10 | | |
| | | By:  /s/ Tomio B. Narita |
| 11 | | Tomio B. Narita |
| 12 | | Attorneys for Defendant |
| | | SUNLAN-020105, LLC |
| 13 | | |
| 14 | Dated: May 6, 2008 | CATHERINE M. MATHERS |
| | | COLLINS COLLINS MUIR & STEWART LLP |
| 15 | | |
| 16 | | |
| | | By:  /s/ Catherine M. Mathers |
| 17 | | Catherine M. Mathers |
| 18 | | Attorneys for Defendant |
| | | SHERIFF'S DEPARTMENT, |
| 19 | | COUNTY OF LOS ANGELES, CALIFORNIA |
| 20 | | |
| 21 | IT IS SO ORDERED. | |
| 22 | | |
| 23 | Dated: _____ | |
| 24 | | _____ |
| | | The Honorable Phyllis Hamilton |
| 25 | | United States District Judge |

GENERAL ORDER 45 ATTESTATION

I, James F. McCabe, am the ECF User whose ID and password are being used to file this Revised Stipulation and [Proposed] Order Continuing Initial Case Management Conference. In compliance with General Order No. 45, X.B., I hereby attest that Dean Paik, counsel for plaintiffs Helen and Martin Yack; Tomio Narita, counsel for defendant Sunlan-020105, LLC; and Catherine Mathers, counsel for defendant Sheriff's Department, County of Los Angeles, California, have concurred in this filing.

/s/ James F. McCabe
James F. McCabe