JAMES F. McCABE (CA BAR NO. 104686)
E-mail: JMcCabe@mofo.com
ADRIANO HRVATIN (CA BAR NO. 220909)
E-mail: AHrvatin@mofo.com
SARAH E. GRISWOLD (CA BAR NO. 240326)
E-mail: SGriswold@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

Attorneys for Defendant
WASHINGTON MUTUAL BANK

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| HELEN and MARTIN YACK, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>WASHINGTON MUTUAL, INC.; SUNLAN-020105, LLC; SHERIFF'S DEPARTMENT, COUNTY OF LOS ANGELES, CALIFORNIA; CLERK'S OFFICE, COUNTY OF BUTTE, CALIFORNIA; and DOES 1-10,<br><br>Defendants. | Case No. C-07-5858 PJH<br><br>**DEFENDANT WASHINGTON MUTUAL BANK'S CORPORATE DISCLOSURE STATEMENT AND CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** |

1  So that the Court may evaluate any need for disqualification or recusal, defendant Washington Mutual Bank, incorrectly sued herein as Washington Mutual, Inc., submits this corporate disclosure and certification of interested entities or persons.

**CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 7.1(a) of the Federal Rules of Civil Procedure, Washington Mutual Bank states that it is a wholly-owned subsidiary of Washington Mutual, Inc., a holding company that is publicly-traded on the New York Stock Exchange. Other than Washington Mutual, Inc., there is no publicly-held corporation that owns 10% or more of Washington Mutual Bank's stock.

**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**

Pursuant to Northern District Civil Local Rule 3-16, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceedings, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

(1) Washington Mutual, Inc., as the parent company of Washington Mutual Bank.

Dated: May 7, 2008

JAMES F. McCABE
ADRIANO HRVATIN
SARAH E. GRISWOLD
MORRISON & FOERSTER LLP

By:   /s/ James F. McCabe
        James F. McCabe

Attorneys for Defendant
WASHINGTON MUTUAL BANK