UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HELEN and MARTIN YACK on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>WASHINGTON MUTUAL INC., SUNLAN-020105, LLC; SHERIFF'S DEPARTMENT, COUNTY OF LOS ANGELES, CALIFORNIA; CLERK'S OFFICE, COUNTY OF BUTTE, CALIFORNIA; and DOES 1-10,<br><br>Defendants. | CASE NO.: C 07-5858-PJH<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS SUNLAN-020105, LLC AND WASHINGTON MUTUAL BANK'S MOTION TO DISMISS**<br><br>DATE:    June 25, 2008<br>TIME:    9:00 a.m.<br>CTRM:    3<br><br>The Honorable Phyllis J. Hamilton |

     Defendants Sunlan-020105, LLC and Washington Mutual Bank's Motion to Dismiss came on for hearing before this Court on June 25, 2008 at 9:00 a.m. Having considered the papers and arguments presented by the parties, and good cause appearing, the motion is GRANTED.

     IT IS HEREBY ORDERED THAT pursuant to Federal Rules of Civil Procedure 12(b)(1), 12(h)(3), and 12(b)(6), Defendants Sunlan-020105, LLC and Washington Mutual Bank are hereby dismissed with prejudice from this action.

**IT IS SO ORDERED.**

_____

The Honorable Phyllis J. Hamilton