**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT**

| | | |
|---|---|---|
| HELEN and MARTIN YACK on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>WASHINGTON MUTUAL INC., SUNLAN-020105, LLC; SHERIFF'S DEPARTMENT, COUNTY OF LOS ANGELES, CALIFORNIA; CLERK'S OFFICE, COUNTY OF BUTTE, CALIFORNIA; and DOES 1-10,<br><br>Defendants. | ) | CASE NO. CV07-5858-PJH<br>***[Case Assigned to the Hon. Phyllis J. Hamilton, Courtroom 3]***<br><br>**[PROPOSED] ORDER GRANTING MOTION TO DISMISS OF DEFENDANT COUNTY OF LOS ANGELES SHERIFF'S DEPARTMENT**<br><br>**DATE: June 25, 2008**<br>**TIME: 9:00 a.m.**<br>**CTRM: 3**<br><br>**Complaint Filed: November 19, 2007**<br><br>**TRIAL DATE: None** |

Defendant COUNTY OF LOS ANGELES SHERIFF'S DEPARTMENT's Motion to Dismiss came on for hearing before this Court on June 25, 2008 at 9:00 a.m. Having considered the papers and arguments presented by the parties, and good cause appearing, the motion is GRANTED.



**Collins, Collins, Muir & Stewart, LLP**
1100 El Centro Street
Post Office Box 250
So. Pasadena, CA 91030
Phone (626) 243-1100
Fax (626) 243-1111

IT IS HEREBY ORDERED THAT pursuant to Federal Rules of Civil Procedure 12(b)(1), 12(h)(3), and 12(b)(6), Defendant COUNTY OF LOS ANGELES SHERIFF'S DEPARTMENT is hereby dismissed with prejudice from this action.

**IT IS SO ORDERED.**

**DATED: ____________**

_________________________________
The Honorable Phyllis J. Hamilton

**Collins, Collins, Muir & Stewart, LLP**
1100 El Centro Street
Post Office Box 250
So. Pasadena, CA 91030
Phone (626) 243-1100
Fax (626) 243-1111

*GDC\L:\168\36\MTN TO DISMISS (PROPOSED ORDER).DOC*

2

**[PROPOSED] ORDER GRANTING DEFENDANT LASD'S MOTION TO DISMISS**

**PROOF OF SERVICE**
**(CCP §§ 1013(a) and 2015.5)**

State of California, )
) ss.
**County of Los Angeles** )

I am employed in the County of ☒ **Los Angeles** ☐ **Orange**, State of California. I am over the age of 18 and not a party to the within action; my business address is:

☒ 1100 El Centro Street, Post Office Box 250, **South Pasadena**, California 91030.

☐ 620 Newport Center Drive, Suite 200, Newport Beach, CA 92660-8002

On this date, I served the foregoing document described as **[PROPOSED] ORDER RE NOTICE OF MOTION AND MOTION TO DISMISS OF DEFENDANT COUNTY OF LOS ANGELES SHERIFF'S DEPARTMENT [F.R.CIV.P 12(b)(6)]** on the interested parties in this action by placing same in a sealed envelope, addressed as follows:

**SEE ATTACHED SERVICE LIST**

☐ **(BY MAIL)** - I caused such envelope(s) with postage thereon fully prepaid to be placed in the United States mail in **South Pasadena/Newport Beach**, California. I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice, it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at: **South Pasadena/Newport Beach,** California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☐ **(BY CERTIFIED MAIL)** – I caused such envelope(s) with postage thereon fully prepaid via Certified Mail Return Receipt Requested to be placed in the United States Mail in **South Pasadena**, California.

☐ **BY EXPRESS MAIL OR ANOTHER METHOD OF DELIVERY PROVIDING FOR OVERNIGHT DELIVERY**

☒ **(BY ELECTRONIC FILING AND/OR SERVICE)** – I served a true copy, with all exhibits, electronically on designated recipients listed on the attached Service List.

☐ **FEDERAL EXPRESS** - I caused the envelope to be delivered to an authorized courier or driver authorized to receive documents with delivery fees provided for.

☐ **(BY FACSIMILE)** - I caused the above-described document(s) to be transmitted to the offices of the interested parties at the facsimile number(s) indicated on the attached Service List and the activity report(s) generated by facsimile number **(626)243-1111 (So. Pasadena) or (949) 718-4801 (Newport Beach)** indicated all pages were transmitted.

☐ **(BY PERSONAL SERVICE)** - I caused such envelope(s) to be delivered by hand to the office(s) of the addressee(s).

Executed on **May 7, 2008** at: **South Pasadena/Newport Beach**, California.

☐ **(STATE)** - I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

☒ **(FEDERAL)** - I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

______________________________
VERONICA CHAVEZ

**Collins, Collins, Muir & Stewart, LLP**
1100 El Centro Street
Post Office Box 250
So. Pasadena, CA 91030
Phone (626) 243-1100
Fax (626) 243-1111

**YACK v. COUNTY OF LOS ANGELES, et al.**
**USDC Case No. 07-5858-PJH**
**Our File No. 16836**

**SERVICE LIST**

Dean D. Paik, Esq.
COHEN & PAIK LLP
300 Montgomery Street, Suite 660
San Francisco, CA 94104
(415) 398-3900 – FAX: (415) 398-7500
**ATTORNEYS FOR PLAINTIFFS**

Paul S. Grobman, Esq.
555 Fifth Avenue, 17th Floor
New York, NY 10017
(212) 983-5880 – FAX: (212) 682-7060
**ATTORNEYS FOR PLAINTIFFS**

James F. McCabe, Esq.
Adriano Hrvatin, Esq.
Sarah E. Griswold, Esq.
MORRISON & FOERSTER, LLP
425 Market Street
San Francisco, CA 94105
(415) 268-7000 – FAX: (415) 268-7522
**ATTORNEYS FOR DEFENDANT, WASHINGTON MUTUAL BANK**

Collins, Collins, Muir & Stewart, LLP
1100 El Centro Street
Post Office Box 250
So. Pasadena, CA 91030
Phone (626) 243-1100
Fax (626) 243-1111

*GDC\L:\168\36\MTN TO DISMISS (PROPOSED ORDER).DOC*

4

[PROPOSED] ORDER GRANTING DEFENDANT LASD'S MOTION TO DISMISS