**Tomas A. Guterres, Esq. (State Bar No. 152729)**
**Catherine M. Mathers, Esq. (State Bar No. 221983)**
**COLLINS, COLLINS, MUIR & STEWART, LLP**
**1100 El Centro Street**
**Post Office Box 250**
**South Pasadena, CA  91030**
**(626) 243-1100 – FAX (626) 243-1111**
**EMAIL:** cmathers@ccmslaw.com

Attorney for Defendant
COUNTY OF LOS ANGELES SHERIFF'S DEPARTMENT

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT

| | |
|---|---|
| HELEN and MARTIN YACK on behalf of themselves and all others similarly situated,<br><br>                     Plaintiffs,<br><br>     vs.<br><br>WASHINGTON MUTUAL INC., SUNLAN-020105, LLC; SHERIFF'S DEPARTMENT, COUNTY OF LOS ANGELES, CALIFORNIA; CLERK'S OFFICE, COUNTY OF BUTTE, CALIFORNIA; and DOES 1-10,<br><br>                     Defendants. | CASE NO. CV07-5858-PJH<br>*[Case Assigned to the Hon. Phyllis J. Hamilton, Courtroom 3]*<br><br>**DEFENDANT COUNTY OF LOS ANGELES SHERIFF'S DEPARTMENT'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**<br><br>**Complaint Filed: November 19, 2007**<br><br>**TRIAL DATE:  None** |

///

///

///

///

*GDC\L:\168\36\CERT OF INTERESTED PARTIES.DOC*

1

**DEFENDANT LASD'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**

**Collins, Collins,**
**Muir & Stewart, LLP**
1100 El Centro Street
Post Office Box 250
So. Pasadena, CA 91030
Phone  (626) 243-1100
Fax       (626) 243-1111

Pursuant to Northern District Civil Local Rule 3-16, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

DATED: May 7, 2008          COLLINS, COLLINS, MUIR & STEWART, LLP

                   By:    /s/ Catherine M. Mathers
                     TOMAS A. GUTERRES
                     CATHERINE M. MATHERS
                     Attorney for Defendant
                     COUNTY OF LOS ANGELES
                     [erroneously sued as SHERIFF'S DEPARTMENT, COUNTY OF LOS ANGELES, CALIFORNIA]

**Collins, Collins, Muir & Stewart, LLP**
1100 El Centro Street
Post Office Box 250
So. Pasadena, CA 91030
Phone (626) 243-1100
Fax (626) 243-1111