| | |
|---|---|
| 1 | TOMIO B. NARITA (SBN 156576) |
| | ROBIN M. BOWEN (SBN 230309) |
| 2 | SIMMONDS & NARITA LLP |
| | 44 Montgomery Street, Suite 3010 |
| 3 | San Francisco, CA 94104-4816 |
| | Telephone: (415) 283-1000 |
| 4 | Facsimile:   (415) 352-2625 |
| | tnarita@snllp.com |
| 5 | rbowen@snllp.com |
| 6 | Attorneys for Defendant |
| | Sunlan-020105, LLC |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| HELEN and MARTIN YACK on behalf of themselves and all others similarly situated, | ) ) ) | CASE NO.: C 07-5858-PJH |
| Plaintiffs, | ) ) ) | **DEFENDANT SUNLAN-020105, LCC'S CERTIFICATE OF INTERESTED PARTIES** |
| vs. | ) ) | |
| WASHINGTON MUTUAL INC., SUNLAN-020105, LLC; SHERIFF'S DEPARTMENT, COUNTY OF LOS ANGELES, CALIFORNIA; CLERK'S OFFICE, COUNTY OF BUTTE, CALIFORNIA; and DOES 1-10, | ) ) ) ) ) ) ) | |
| Defendants. | ) ) ) | |

1    Pursuant to Civil L.R. 3-16, the undersigned counsel of record for
2 Defendants certifies that other than the named parties, no persons, associations of
3 persons, firms, partnerships, corporations (including parent corporations) or other
4 entities (I) have a financial interest in the subject matter in controversy or in a
5 party to the proceeding, or (ii) have a non-financial interest in that subject matter
6 or in a party that could be substantially affected by the outcome of this proceeding.

10  DATED: May 7, 2008          SIMMONDS & NARITA, LLP
                                TOMIO B. NARITA
11                              ROBIN M. BOWEN

13                        By:   s/ Robin M. Bowen
                                Robin M. Bowen
14                              Attorneys for defendant
                                Sunlan-020105, LLC

YACK V. WASHINGTON MUTUAL, ET AL.  (CASE NO. C 07-5858-PJH).
CERTIFICATE OF INTERESTED PARTIES                                                1