1  JAMES F. McCABE (CA BAR NO. 104686)
   E-mail: JMcCabe@mofo.com
2  ADRIANO HRVATIN (CA BAR NO. 220909)
   E-mail: AHrvatin@mofo.com
3  SARAH E. GRISWOLD (CA BAR NO. 240326)
   E-mail: SGriswold@mofo.com
4  MORRISON & FOERSTER LLP
   425 Market Street
5  San Francisco, California  94105-2482
   Telephone: 415.268.7000
6  Facsimile: 415.268.7522

7  Attorneys for Defendant
   WASHINGTON MUTUAL BANK
8

9
                         UNITED STATES DISTRICT COURT
10
                        NORTHERN DISTRICT OF CALIFORNIA
11
                            SAN FRANCISCO DIVISION
12

13

14  HELEN and MARTIN YACK, on behalf of       Case No. C-07-5858 PJH
    themselves and all others similarly situated,
15
                   Plaintiffs,                 **REVISED STIPULATION AND
16                                             [PROPOSED] ORDER CONTINUING
         v.                                    INITIAL CASE MANAGEMENT
17                                             CONFERENCE**
    WASHINGTON MUTUAL, INC.; SUNLAN-
18  020105, LLC; SHERIFF'S DEPARTMENT,
    COUNTY OF LOS ANGELES,
19  CALIFORNIA; CLERK'S OFFICE,
    COUNTY OF BUTTE, CALIFORNIA; and
20  DOES 1-10,

21                 Defendants.

22

23

24

25

26

27

28

REVISED STIPULATION AND [PROPOSED] ORDER CONTINUING INITIAL CMC
CASE NO. C-07-5858 PJH
sf-2509177

WHEREAS, on April 7, 2008, the Court issued an order scheduling an initial case management conference for May 15, 2008;

WHEREAS, on April 21, 2008, the Court ordered that defendants respond to plaintiffs' amended complaint no later than by May 7, 2008;

WHEREAS, counsel for the parties met and conferred and agreed upon a briefing and hearing schedule for defendants' responses to plaintiffs' complaint and submitted a stipulation and proposed order for the Court's approval;

WHEREAS, on May 5, 2008, the Court approved the parties' stipulation. Defendants' response to plaintiffs' complaint is due May 7, 2008; plaintiffs' opposition is due May 28, 2008; defendants' reply is due June 11, 2008; and the matter will be heard on June 25, 2008; and

WHEREAS, counsel for the parties have met and conferred and agreed, for the convenience of the Court and the parties so that they may focus their resources on the dispositive issues to be raised by defendants' responses to plaintiffs' complaint, that the initial case management conference be continued.

IT IS HEREBY STIPULATED by and between the parties, through their counsel of record, that:

1. The initial case management conference is continued from May 15, 2008 to July 31, 2008 at 2:30 p.m.; and

2. The parties shall file their joint case management statement by July 24, 2008.

Dated: May 6, 2008

DEAN D. PAIK
COHEN & PAIK LLP

PAUL S. GROBMAN

By: /s/ Dean D. Paik
     Dean D. Paik

Attorneys for Plaintiffs
HELEN and MARTIN YACK

| | | |
|---|---|---|
| 1 | Dated: May 6, 2008 | JAMES F. McCABE |
| 2 | | ADRIANO HRVATIN |
| | | SARAH E. GRISWOLD |
| 3 | | MORRISON & FOERSTER LLP |

By: /s/ James F. McCabe
James F. McCabe

Attorneys for Defendant
WASHINGTON MUTUAL BANK

Dated: May 6, 2008

TOMIO B. NARITA
ROBIN M. BOWEN
SIMMONDS & NARITA LLP

By: /s/ Tomio B. Narita
Tomio B. Narita

Attorneys for Defendant
SUNLAN-020105, LLC

Dated: May 6, 2008

CATHERINE M. MATHERS
COLLINS COLLINS MUIR & STEWART LLP

By: /s/ Catherine M. Mathers
Catherine M. Mathers

Attorneys for Defendant
SHERIFF'S DEPARTMENT,
COUNTY OF LOS ANGELES, CALIFORNIA

IT IS SO ORDERED.

Dated: May 9, 2008

[SEAL: UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED / Judge Phyllis J. Hamilton]

REVISED STIPULATION AND [PROPOSED] ORDER CONTINUING INITIAL CMC
CASE NO. C-07-5858 PJH
sf-2509177

2

GENERAL ORDER 45 ATTESTATION

I, James F. McCabe, am the ECF User whose ID and password are being used to file this Revised Stipulation and [Proposed] Order Continuing Initial Case Management Conference. In compliance with General Order No. 45, X.B., I hereby attest that Dean Paik, counsel for plaintiffs Helen and Martin Yack; Tomio Narita, counsel for defendant Sunlan-020105, LLC; and Catherine Mathers, counsel for defendant Sheriff's Department, County of Los Angeles, California, have concurred in this filing.

/s/ James F. McCabe
James F. McCabe