PAUL GROBMAN, ESQ.
555 FIFTH AVE., 17th FLOOR
NEW YORK, N.Y. 10017
212-983-5880

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

E-filing

HELEN AND MARTIN YACK

Plaintiff(s),

v.

WASHINGTON MUTUAL, INC.;
SUNLAN-020105, LLC; LOS ANGELES
CO. SHERIFF'S OFFICE; BUTTE CO.
CLERK'S OFFICE

Defendant(s).

CASE NO. 07 CV 5858 (PJH)

APPLICATION FOR
ADMISSION OF ATTORNEY
*PRO HAC VICE*

Pursuant to Civil L.R. 11-3, Paul Grobman, an active member in good standing of the bar of the State of New York, hereby applies for admission to practice in the Northern District of California on a pro hac vice basis representing Martin and Helen Yack in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:

Dean Paik, 300 Montgomery Street, Suite 660, San Francisco, Cal. 94104
(415) 370-9810

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 4/30/08