```
DUPLICATE

Court Name: U.S. District Court, NDCA
Division: 3
Receipt Number: 34611019081
Cashier ID: almaceh
Transaction Date: 05/12/2008
Payer Name: PAUL GROBMAN
-----------------------------------
PRO HAC VICE
 For: P GROBMAN
 Case/Party: D-CAN-3-08-AT-PROHAC-001
 Amount:         $210.00
-----------------------------------
CHECK
 Check/Money Order Num: 3959
 Amt Tendered: $210.00
-----------------------------------
Total Due:      $210.00
Total Tendered: $210.00
Change Amt:     $0.00

C07-5858 PJH


Checks and drafts are accepted
subject to collections and full
credit will only be given when the
check or draft has been accepted by
the financial institution on which
it was drawn.
```