UNITED STATES DISTRICT COURT
Northern District of California

E-filing

| | |
|---|---|
| HELEN and MARTIN YACK | CASE NO. 07 CV 5858 (PJH) |
| Plaintiff(s), | (~~Proposed~~) ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE* |
| v. | |
| WASHINGTON MUTUAL; SUNLAN-020105, LLC; L.A. CO. SHERIFF'S OFFICE; ET. AL. | |
| Defendant(s). | |

PAUL GROBMAN , an active member in good standing of the bar of

COURT OF APPEALS OF NEW YORK    whose business address and telephone number

(particular court to which applicant is admitted)

is

555 FIFTH AVE, 17th Floor, New York, N.Y. 10017
(212) 983-5880

having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing plaintiffs Helen and Martin Yack

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac vice*. Service of papers upon and communication with co-counsel designed in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: 5/14/08

United States



IT IS SO ORDERED
Judge Phyllis J. Hamilton