JAMES F. MCCABE (CA BAR NO. 104686)
E-mail:  JMcCabe@mofo.com
ADRIANO HRVATIN (CA BAR NO. 220909)
E-mail:  AHrvatin@mofo.com
SARAH E. GRISWOLD (CA BAR NO. 240326)
E-mail:  SGriswold@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California  94105-2482
Telephone:  415.268.7000
Facsimile:  415.268.7522

Attorneys for Defendant
WASHINGTON MUTUAL BANK

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| HELEN and MARTIN YACK, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>WASHINGTON MUTUAL, INC.; SUNLAN-020105, LLC; SHERIFF'S DEPARTMENT, COUNTY OF LOS ANGELES, CALIFORNIA; CLERK'S OFFICE, COUNTY OF BUTTE, CALIFORNIA; and DOES 1-10,<br><br>Defendants. | Case No. C-07-5858 PJH<br><br>**CLASS ACTION**<br><br>**DECLARATION OF JAMES F. McCABE IN SUPPORT OF DEFENDANT WASHINGTON MUTUAL BANK'S MOTION FOR SANCTIONS**<br><br>Date:   July 2, 2008<br>Time:   9:00 a.m.<br>Place:  Courtroom 3, 17th floor<br>Hon. Phyllis J. Hamilton<br><br>Complaint filed:  March 6, 2008 |

I, JAMES F. McCABE, declare as follows:

I am an attorney licensed to practice law in the State of California and am admitted to practice before this Court. I am a partner with the law firm of Morrison & Foerster LLP, counsel for Defendant Washington Mutual Bank. I submit this Declaration in Support of Defendant Washington Mutual Bank's Motion for Sanctions. I make this Declaration based on personal knowledge. If called as a witness, I would testify to the facts set forth below.

1. Attached as Exhibit A is a true and correct copy of the voluntary bankruptcy petition filed by Plaintiffs Helen and Martin Yack on July 20, 2007 pursuant to Chapter 7 of the Bankruptcy Code in the Bankruptcy Court for the Eastern District of California.

2. Attached as Exhibit B is a true and correct of the discharge order issued by the bankruptcy court on November 16, 2007.

3. On April 2, 2008, I spoke with Dean Paik, counsel for Plaintiffs, by telephone and asked that he voluntarily dismiss this case because Plaintiffs lack standing to assert their claims. Plaintiffs filed a petition in bankruptcy after the events underlying this suit. That petition operated to transfer any claim to the bankruptcy trustee. However, the claims did not revert to Plaintiffs on discharge, since Plaintiffs did not schedule any claim in their bankruptcy petition. Any claim is thus still held by the bankruptcy trustee.

4. On April 3, 2008, I provided Mr. Paik with copies of Plaintiffs' bankruptcy petition and discharge order, attached hereto as Exhibits A and B, as well as citations to the controlling legal authorities. Attached as Exhibit C is a true and correct of my April 3 correspondence with Mr. Paik. Mr. Paik declined to dismiss the complaint.

5. On April 17, 2008, I again spoke by telephone with Mr. Paik and renewed Washington Mutual's request that Plaintiffs dismiss the complaint. Mr. Paik declined to do so.

6. On April 29, 2008, I caused a copy of Defendant's Notice of Motion and Motion for Sanctions, as well as supporting papers, to be served on Mr. Paik as well as Plaintiffs' attorney Paul Grobman. Those papers were served under cover of a letter requesting that the operative complaint be withdrawn within the time required under Rule 11(c)(2) of the Federal

McCABE DECL. ISO DEFENDANT WASHINGTON MUTUAL BANK'S MOTION FOR SANCTIONS
CASE NO. C-07-5858 PJH
sf-2502542

1

1  Rule of Civil Procedure.  Attached as Exhibit D is a true and correct copy of my April 29 letter to
2  Mr. Paik and Mr. Grobman.

3        7.     Plaintiffs' counsel declined to take corrective action within 21 days after service of
4  the instant motion.

5      I declare under penalty of perjury under the laws of the United States of America that the
6  foregoing is true and correct and that this Declaration was executed in San Francisco, California,
7  on this 28th day of May, 2008.

                                                          /s/  James F. McCabe
                                                               James F. McCabe