**MORRISON | FOERSTER**

425 MARKET STREET
SAN FRANCISCO
CALIFORNIA 94105-2482

TELEPHONE: 415.268.7000
FACSIMILE: 415.268.7522

WWW.MOFO.COM

MORRISON & FOERSTER LLP

NEW YORK, SAN FRANCISCO,
LOS ANGELES, PALO ALTO,
SAN DIEGO, WASHINGTON, D.C.

DENVER, NORTHERN VIRGINIA,
ORANGE COUNTY, SACRAMENTO,
WALNUT CREEK, CENTURY CITY

TOKYO, LONDON, BEIJING,
SHANGHAI, HONG KONG,
SINGAPORE, BRUSSELS

April 29, 2008

Writer's Direct Contact
415.268.7011
JMcCabe@mofo.com

*By Overnight Mail*

Dean D. Paik, Esq.
Cohen & Paik LLP
300 Montgomery Street, Suite 600
San Francisco, California 94104

Paul S. Grobman, Esq.
555 Fifth Avenue, 17th Floor
New York, New York 10017

Re: *Yack v. Washington Mutual Inc., et al.*, No. C-07-5858 PJH

Dear Counsel:

Enclosed please find Defendant Washington Mutual Bank's Motion for Sanctions and supporting materials.

As required by Rule 11(c)(2) of the Federal Rules of Civil Procedure, Washington Mutual hereby serves, but has not filed, the instant motion. For the reasons set forth in the motion, Washington Mutual requests that Plaintiffs Helen and Martin Yack withdraw their amended complaint within 21 days of service. If Plaintiffs decline to do so, Washington Mutual will file the motion and seek appropriate relief from the Court.

Very truly yours,

*[signature: Jim McCabe /ah]*

James F. McCabe

Enclosures

cc: Tomio B. Narita, Esq.
    Catherine M. Mathers, Esq.

sf-2507809