1    JAMES F. MCCABE (CA BAR NO. 104686)
     E-mail: JMcCabe@mofo.com
2    ADRIANO HRVATIN (CA BAR NO. 220909)
     E-mail: AHrvatin@mofo.com
3    SARAH E. GRISWOLD (CA BAR NO. 240326)
     E-mail: SGriswold@mofo.com
4    MORRISON & FOERSTER LLP
     425 Market Street
5    San Francisco, California 94105-2482
     Telephone: 415.268.7000
6    Facsimile: 415.268.7522

7    Attorneys for Defendant
     WASHINGTON MUTUAL BANK

8

9

10              UNITED STATES DISTRICT COURT

            NORTHERN DISTRICT OF CALIFORNIA

11              SAN FRANCISCO DIVISION

12

13

14    HELEN and MARTIN YACK, on behalf of      Case No. C-07-5858 PJH
     themselves and all others similarly situated,

15                            **CLASS ACTION**
                   Plaintiffs,

16                            **[PROPOSED] ORDER GRANTING**
                v.                  **DEFENDANT WASHINGTON**
17                            **MUTUAL BANK'S MOTION FOR**
   WASHINGTON MUTUAL, INC.; SUNLAN-      **SANCTIONS**
18    020105, LLC; SHERIFF'S DEPARTMENT,
     COUNTY OF LOS ANGELES,              Date:    July 2, 2008
19    CALIFORNIA; CLERK'S OFFICE,             Time:    9:00 a.m.
     COUNTY OF BUTTE, CALIFORNIA; and      Place:    Courtroom 3, 17th floor
20    DOES 1-10,                           Hon. Phyllis J. Hamilton

21                            Complaint filed: March 6, 2008
                  Defendants.
22

23

24

25

26

27

28

1    On May 28, 2008, Defendant Washington Mutual Bank filed a Motion For Sanctions.  After

2    considering the Memorandum of Points and Authorities, the accompanying Declaration of James F.

3    McCabe and the exhibits thereto, argument of counsel, and other papers submitted herein, and good

4    cause having been shown, IT IS HEREBY ORDERED THAT:

5        1.    Washington Mutual Bank's motion is GRANTED.

6        2.    The Court orders appropriate sanctions, sufficient to deter future violations, against

7    Plaintiffs' counsel, Dean Paik and Paul Grobman.  The sanctions shall take the following form:

8    _____

9    _____

10   _____

11   _____ .

12       33.   The Court further orders appropriate sanctions, sufficient to deter future violations,

13   against Plaintiffs Helen and Martin Yack.  The sanctions shall take the following form:

14   _____

15   _____

16   _____

17   _____ .

18       IT IS SO ORDERED.

19

20   Dated:  _____

21                                    _____
                                              The Honorable Phyllis Hamilton
22                                            United States District Judge

23

24

25

26

27

28

[PROPOSED] ORDER GRANTING DEFENDANT WASHINGTON MUTUAL BANK'S MOTION FOR SANCTIONS        1
CASE NO. C-07-5858 PJH
sf-2502581