DEAN D. PAIK (State Bar No. 126920)
COHEN & PAIK LLP
300 Montgomery Street, Suite 660
San Francisco, CA 94104
Telephone:    (415) 398-3900
Facsimile:     (415) 398-7500

PAUL S. GROBMAN (appearing *pro hac vice*)
555 Fifth Avenue, 17th Floor
New York, New York 10017
Telephone: 212.983.5880
Facsimile: 415.682.7060
Email: grobtown@aol.com

Attorneys for HELEN and MARTIN YACK
on behalf of themselves and all others similarly situated

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HELEN and MARTIN YACK on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>WASHINGTON MUTUAL INC., SUNLAN-020105, LLC; SHERIFF'S DEPARTMENT, COUNTY OF LOS ANGELES, CALIFORNIA; CLERK'S OFFICE, COUNTY OF BUTTE, CALIFORNIA; and DOES 1-10,<br><br>Defendants. | Case No.: 07-5858-PJH<br><br>**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF PLAINTIFFS HELEN AND MARTIN YACK'S OPPOSITION TO DEFENDANTS' MOTION TO DISMISS FOR LACK OF STANDING**<br><br>Hearing:<br><br>Date: June 25, 2008<br>Time: 9:00 a.m.<br>Courtroom: 3<br><br>The Honorable Phyllis J. Hamilton |

Plaintiffs Helen and Martin Yack request that the Court, pursuant to Federal Rule of Evidence 201, take judicial notice of the documents attached hereto and described below. The exhibits attached to this request are records of the Plaintiffs' bankruptcy proceeding in the United States Bankruptcy Court for the Eastern District of California, *In re Martin A. Yack and Helen M. Yack*, case no. 07-25642-A-7.

| Exhibit A | Order Reopening Case Dated April 28, 2008 |
|---|---|
| Exhibit B | Motion To Request Abandonment Pursuant To Bankruptcy Rule 6007 Dated May 7, 2008 |
| Exhibit C | Appointment Of Trustee In Reopened Case Dated May 2, 2008 |

Dated: March 28, 2008

                DEAN D. PAIK
                COHEN & PAIK LLP

                PAUL S. GROBMAN

      By      /s/ Dean D. Paik
                DEAN D. PAIK

        Attorneys for HELEN and MARTIN YACK on behalf of themselves and all others similarly situated

- 2 -

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

17067956.1

PLAINTIFFS' REQUEST FOR JUDICIAL NOTICE
CASE NO. 07-5858

**REMINDER: THROW THIS PAGE AWAY IF PRINTED!**

On the **RED** line below, type in the abbreviated title of document. This title will be referenced in all the footers throughout the pleading:

CHEVRON CORPORATION'S RESPONSE TO PLAINTIFFS' SPECIAL INTERROGATORIES (SET ONE)

**DO NOT DELETE THIS PAGE** or your abbreviated pleading title will disappear throughout your document.