THOMAS W. OLSON, JR.
Attorney at Law SBN 020349
6472 Holstein Way
Sacramento, CA 95831
(916) 442-4551; Fax 429-0800

Attorney for Debtors

FILED
APR 28 2008
UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

In re                              ) Case No. 07-25642-C-7
                                   )
MARTIN A. YACK and                 )
HELEN N. YACK,                     )
                                   )
         Debtors.                  )
_____)

ORDER REOPENING CASE

The court having considered the debtors' ex parte motion to reopen for the purpose of determining whether the estate should be substituted for debtors in pending litigation and good cause appearing,

IT IS ORDERED that the above case is reopened. ~~for that purpose.~~

IT IS FURTHER ORDERED that ~~Michael P. Daquisto~~ is a ~~appointed as~~ trustee ~~in the case.~~ be appointed by the US Trustee.

Dated:

_____
UNITED STATES BANKRUPTCY JUDGE

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

CERTIFICATE OF MAILING

The undersigned deputy clerk in the office of the United States Bankruptcy Court for the Eastern District of California hereby certifies that a copy of the document to which this certificate is attached was mailed today to the following entities listed at the address shown on the attached list or shown below.

| Martin and Helen Yack | Thomas W. Olsen Jr. | Office of the U.S. Trustee |
| 130 Canyon Highlands Dr | 6472 Holstein Way | 501 I St #7-500 |
| Oroville, CA 95966 | Sacramento, CA 95831 | Sacramento, CA 95814 |

DATED: 4/29/08         By: _____
                              Deputy Clerk

EDC 3-070 (New 4/21/00)