FILED
May 02, 2008
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0001198427

ANTONIA G. DARLING- 76190
Assistant United States Trustee
**UNITED STATES DEPARTMENT OF JUSTICE**
Office of the United States Trustee
501 I Street, Suite 7-500
Sacramento, CA 95814
(916) 930-2100 Fax (916)930-2099

Attorneys the Acting
United States Trustee Region 17
Sara L. Kistler

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

IN RE:                               CASE NO.2007-25642-C -7

MARTIN A. YACK and
HELEN M. YACK

        Debtor(s).
_____/

**APPOINTMENT OF TRUSTEE IN REOPENED CASE**

**MICHAEL DACQUISTO** is hereby appointed trustee in this reopened case for the above-referenced debtor.  **MICHAEL DACQUISTO** has filed a blanket bond.

If **MICHAEL DACQUISTO,** having been selected as interim trustee in the above-mentioned case, does not notify the Office of the United States Trustee and Court in writing of rejection of the office within five days (5) after receipt of notice of selection, the interim trustee shall be deemed to have accepted the office.

                                                       **Respectfully submitted,**

DATED: May 2, 2008                 /s/
                                             **ANTONIA G. DARLING**
                                             Asst. United States Trustee
                                             Efiler: Antonia G. Darling
                                             Email: Antonia.Darling@usdoj.gov