DEAN D. PAIK (State Bar No. 126920)
COHEN & PAIK LLP
300 Montgomery Street, Suite 660
San Francisco, CA 94104
Telephone:   (415) 398-3900
Facsimile:   (415) 398-7500

PAUL S. GROBMAN (appearing *pro hac vice*)
555 Fifth Avenue, 17th Floor
New York, New York 10017
Telephone: 212.983.5880
Facsimile: 415.682.7060
Email: grobtown@aol.com

Attorneys for HELEN and MARTIN YACK
on behalf of themselves and all others similarly situated

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HELEN and MARTIN YACK on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>WASHINGTON MUTUAL INC., SUNLAN-020105, LLC; SHERIFF'S DEPARTMENT, COUNTY OF LOS ANGELES, CALIFORNIA; CLERK'S OFFICE, COUNTY OF BUTTE, CALIFORNIA; and DOES 1-10,<br><br>Defendants. | Case No.: 07-5858-PJH<br><br>**DECLARATION OF PAUL GROBMAN IN SUPPORT OF PLAINTIFFS HELEN AND MARTIN YACK'S OPPOSITION TO DEFENDANTS' MOTION TO DISMISS FOR LACK OF STANDING**<br><br>Hearing:<br><br>Date: June 25, 2008<br>Time: 9:00 a.m.<br>Courtroom: 3<br><br>The Honorable Phyllis J. Hamilton |

I, Paul S. Grobman, declare:

1.      I am an attorney at law duly licensed to practice in the courts of New York state and am appearing as counsel for Plaintiffs Martin and Helen Yack in this matter *pro hac vice*. I submit this declaration in support of Plaintiffs' opposition to Defendants' motion to dismiss for lack of standing. I have personal knowledge of the matters stated herein and, if called upon to

1  do so, would and could competently testify to the same.

2      2.    On May 27, 2008, I received a copy of a letter dated May 27, 2008 addressed to
3  Thomas Olson, the Yacks' bankruptcy attorney, from Michael P. Daquisto, the Trustee assigned
4  by the bankruptcy court to determine whether the bankruptcy estate wishes to pursue the claims
5  brought by the Yacks in this action. (A copy of that letter is annexed hereto as an exhibit to my
6  declaration).

7      3.    In the letter, Mr. Daquisto states that the Trustee has no objection to the Motion
8  to Abandon filed in the bankruptcy court by the Yacks, and that Mr. Olson should advise the
9  court the he had spoken with the Trustee and that he had no objection to the motion to abandon
10  the claims to Mr. and Mrs. Yack.

11  I declare under penalty of perjury under the laws of the State of California that the
12  foregoing is true and correct, and this declaration was executed in New York, New York on
13  March 28, 2008.

                                          /s/ Paul S. Grobman  
                                          PAUL S. GROBMAN

## ATTESTATION

I, Dean D. Paik, am the ECF user whose ID and password are being used to file this declaration. In compliance with General Order No. 45X.B., I hereby attest that Paul S. Grobman executed the above declaration on March 28, 2008 at New York, New York.

                                          /s/ Dean D. Paik  
                                          DEAN D. PAIK

■ 2 -

DECLARATION OF PAUL GROBMAN  
CASE NO. 07-5858-PJH

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**REMINDER:  THROW THIS PAGE AWAY IF PRINTED!**

On the **RED** line below, type in the abbreviated title of document.  This title will be referenced in all the footers throughout the pleading:

CHEVRON CORPORATION'S RESPONSE TO PLAINTIFFS' SPECIAL INTERROGATORIES (SET ONE)

**DO NOT DELETE THIS PAGE** or your abbreviated pleading title will disappear throughout your document.