# Michael P. Dacquisto, Chapter 7 Trustee

Post Office Box 992631
Redding, California 96099-2631
Telephone 530-244-6267
Fax 530-244-0907

May 27, 2008

Mr. Thomas W. Olson, Esq.
6472 Holstein Way
Sacramento, CA 95831

By Fax to (916) 429-0800
(Original will not follow)

Bk Case #: 07-25642-C-7, Martin and Helen Yack

Dear Mr. Olson:

I am the chapter 7 trustee in the case of Martin and Helen Yack. As I told you last week I have no objection to relief you sought in the motion for abandonment you filed on 5/12/08 which is set for hearing on 6/10/08. As you know my failure to file opposition 14 days before 6/10/08 precludes me from doing so at this time. I also advised you, at that time, that you could tell Judge Klein you had spoken with me about the motion and that I had no objection to it.

Sincerely,

Michael P. Dacquisto
mpd/sw