## Michael P. Dacquisto, Chapter 7 Trustee

Post Office Box 992631
Redding, California 96099-2631
Telephone 530-244-6267
Fax 530-244-0907

May 28, 2008

Mr. Thomas W. Olson, Esq.
6472 Holstein Way
Sacramento, CA 95831

By Fax to (916) 429-0800
(Original will not follow)

    Bk Case #:    07-25642-C-7, Martin and Helen Yack

Dear Tom:

I received a message this morning on my answering machine, while I was conducting 341 meetings, which leads me to believe this undisclosed asset of the Yacks may have significant value to the chapter 7 bankruptcy estate. If true that would be contrary to what has been represented to me thus far. I am investigating this. At this time I am withdrawing my letter of 5/27/08 to you and withdrawing my consent to the proposed abandonment. As soon as I reach a final decision on this matter I will let you know. Depending on my decision it may be appropriate for you to withdraw the motion. I'll let you know as soon as possible.

Sincerely,

Michael P. Dacquisto
mpd/sw