1  JAMES F. MCCABE (CA BAR NO. 104686)
   E-mail: JMcCabe@mofo.com
2  ADRIANO HRVATIN (CA BAR NO. 220909)
   E-mail: AHrvatin@mofo.com
3  SARAH E. GRISWOLD (CA BAR NO. 240326)
   E-mail: SGriswold@mofo.com
4  MORRISON & FOERSTER LLP
   425 Market Street
5  San Francisco, California 94105-2482
   Telephone: 415.268.7000
6  Facsimile: 415.268.7522

7  Attorneys for Defendant
   WASHINGTON MUTUAL BANK

8

9

                    UNITED STATES DISTRICT COURT
10
                   NORTHERN DISTRICT OF CALIFORNIA
11
                      SAN FRANCISCO DIVISION
12

13

14  HELEN and MARTIN YACK, on behalf of          Case No. C-07-5858 PJH
    themselves and all others similarly situated,
15                                                **CLASS ACTION**
                         Plaintiffs,
16                                                **DEFENDANT WASHINGTON
                   v.                             MUTUAL BANK'S NOTICE
17                                                CONTINUING THE HEARING
    WASHINGTON MUTUAL, INC.; SUNLAN-              DATE ON ITS MOTION FOR
18  020105, LLC; SHERIFF'S DEPARTMENT,            SANCTIONS**
    COUNTY OF LOS ANGELES,
19  CALIFORNIA; CLERK'S OFFICE,                   Date:    July 23, 2008
    COUNTY OF BUTTE, CALIFORNIA; and             Time:    9:00 a.m.
20  DOES 1-10,                                    Place:   Courtroom 3, 17th floor
                                                  Hon. Phyllis J. Hamilton
21
                         Defendants.              Complaint filed: March 6, 2008
22                                                Prior Date: July 2, 2008

23

24

25

26

27

28

**NOTICE CONTINUING THE HEARING DATE ON MOTION FOR SANCTIONS**

TO PLAINTIFFS AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that, pursuant to Civil Local Rule 7-7(a), Defendant Washington Mutual Bank (improperly sued herein as Washington Mutual, Inc.) hereby files this notice continuing the originally notices hearing date on its Motion for Sanctions, presently scheduled for July 2, 2008, at 9:00 a.m. to July 23, 2008, at 9:00 a.m., or as soon thereafter as counsel may be heard by the above-entitled Court, located at 450 Golden Gate Avenue, San Francisco, California 94102.  The parties consent to the continuation of this motion to accommodate vacation schedules.  No opposition to Washington Mutual Bank's Motion for Sanctions has yet been filed.

Dated:  June 6, 2008

JAMES F. McCABE
ADRIANO HRVATIN
SARAH E. GRISWOLD
MORRISON & FOERSTER LLP


By:   /s/ James F. McCabe
         James F. McCabe

Attorneys for Defendant
WASHINGTON MUTUAL BANK