JAMES F. MCCABE (CA BAR NO. 104686)
E-mail: JMcCabe@mofo.com
ADRIANO HRVATIN (CA BAR NO. 220909)
E-mail: AHrvatin@mofo.com
SARAH E. GRISWOLD (CA BAR NO. 240326)
E-mail: SGriswold@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

Attorneys for Defendant
WASHINGTON MUTUAL BANK

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| HELEN and MARTIN YACK, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>WASHINGTON MUTUAL, INC.; SUNLAN-020105, LLC; SHERIFF'S DEPARTMENT, COUNTY OF LOS ANGELES, CALIFORNIA; CLERK'S OFFICE, COUNTY OF BUTTE, CALIFORNIA; and DOES 1-10,<br><br>Defendants. | Case No. C-07-5858 PJH<br><br>**CLASS ACTION**<br><br>**DECLARATION OF ADAM A. LEWIS IN SUPPORT OF DEFENDANTS SUNLAN-020105, LLC AND WASHINGTON MUTUAL BANK'S REPLY IN SUPPORT OF MOTION TO DISMISS**<br><br>Date:   June 25, 2008<br>Time:   9:00 a.m.<br>Place:   Courtroom 3, 17th floor<br>Hon. Phyllis J. Hamilton |

LEWIS DECL. ISO DEFTS. SUNLAN & WASHINGTON MUTUAL'S REPLY ISO MOT. TO DISMISS

I, Adam A. Lewis, declare as follows:

I am an attorney licensed to practice law in the State of California and am admitted to practice before this Court. I am a member of the law firm of Morrison & Foerster LLP, counsel for Defendant Washington Mutual Bank ("Washington Mutual"). I submit this Declaration in Support of Defendants Sunlan-020105, LLC and Washington Mutual Bank's Reply in Support of Motion to Dismiss. I make this Declaration based on personal knowledge. If called as a witness, I would testify to the facts set forth below.

1. On June 10, 2008, I attended in person the hearing on the Motion to Request Abandonment Pursuant to Bankruptcy Rule 6007 (the "Motion") brought by Helen and Martin Yack (the "Yacks") in their reopened case under chapter 7 of the Bankruptcy Code, *In re Yack*, United States Bankruptcy Court, Eastern District of California, Case No. 07-25642-C-7. Also appearing was Howard Givens, Esq., of Hefner, Stark & Marois, LLP, counsel for chapter 7 trustee Michael Daquisto. There were no other appearances, including none for the Yacks, who did not file any reply to the trustee's or Washington Mutual's written oppositions to the Motion.

2. Judge Christopher Klein orally denied the Motion without prejudice, indicating that he would memorialize his decision with a minute order.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this Declaration was executed in Sacramento, California, on this 10th day of June, 2008.

_____
Adam A. Lewis