DEAN D. PAIK (State Bar No. 126920)
236 West Portal Avenue, #793
San Francisco, CA 94127
Telephone: (415) 370-9810
Email: dpaik@pacbell.net

PAUL S. GROBMAN (appearing *pro hac vice*)
555 Fifth Avenue, 17th Floor
New York, New York 10017
Telephone: 212.983.5880
Facsimile: 415.682.7060
Email: grobtown@aol.com

Attorneys for HELEN and MARTIN YACK
on behalf of themselves and all others similarly situated

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HELEN and MARTIN YACK on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>WASHINGTON MUTUAL INC., SUNLAN-020105, LLC; SHERIFF'S DEPARTMENT, COUNTY OF LOS ANGELES, CALIFORNIA; CLERK'S OFFICE, COUNTY OF BUTTE, CALIFORNIA; and DOES 1-10,<br><br>Defendants. | Case No.: 07-5858-PJH<br><br>**NOTICE OF CHANGE OF ADDRESS** |

**NOTICE OF CHANGE OF ADDRESS**

**TO THE CLERK OF COURT AND TO DEFENDANTS AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that Dean D. Paik, counsel for Plaintiffs HELEN and MARTIN YACK on behalf of themselves and all others similarly situated has moved from 300 Montgomery Street, Suite 660, San Francisco, CA, 94104 to 236 West Portal Avenue, #793, San

- 2 -

1  Francisco, CA 94127.  Documents and notices to be served should be directed to: Dean D. Paik,
2  Esq., 236 West Portal Avenue, #793, San Francisco, CA 94127.
3  Dated: June 16, 2008

By    /s/ Dean D. Paik
       DEAN D. PAIK

Attorneys for HELEN and MARTIN YACK on behalf of themselves and all others similarly situated

- 2 -

NOTICE OF CHANGE OF ADDRESS

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

- 3 -

NOTICE OF CHANGE OF ADDRESS

Case 3:07-cv-05858-PJH    Document 48    Filed 06/16/2008    Page 4 of 4