JAMES F. McCABE (CA BAR NO. 104686)
E-mail: JMcCabe@mofo.com
ADRIANO HRVATIN (CA BAR NO. 220909)
E-mail: AHrvatin@mofo.com
SARAH E. GRISWOLD (CA BAR NO. 240326)
E-mail: SGriswold@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

Attorneys for Defendant
WASHINGTON MUTUAL BANK

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| HELEN and MARTIN YACK, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>WASHINGTON MUTUAL, INC.; SUNLAN-020105, LLC; SHERIFF'S DEPARTMENT, COUNTY OF LOS ANGELES, CALIFORNIA; CLERK'S OFFICE, COUNTY OF BUTTE, CALIFORNIA; and DOES 1-10,<br><br>Defendants. | Case No. C-07-5858 PJH<br><br>**CLASS ACTION**<br><br>**STATEMENT OF RECENT DECISION REGARDING DEFENDANTS SUNLAN-020105, LLC AND WASHINGTON MUTUAL BANK'S MOTION TO DISMISS**<br><br>Date: June 25, 2008<br>Time: 9:00 a.m.<br>Place: Courtroom 3, 17th floor<br>Hon. Phyllis J. Hamilton |

STMT. OF RECENT DECISION RE: DEFENDANTS SUNLAN AND WASHINGTON MUTUAL BANK'S MOT. TO DISMISS
CASE NO. C-07-5858 PJH
sf-2532413

1  Pursuant to Civil Local Rule 7-3(d), Washington Mutual Bank submits as Exhibit A the following recent decision regarding plaintiffs Helen and Martin Yack's bankruptcy petition: *In re Yack*, No. 07-25642-C-7 (Bankr. E.D. Cal. June 13, 2008). The reply in support of Defendants Sunlan-020105, LLC and Washington Mutual Bank's motion to dismiss was filed on June 11, 2008. The bankruptcy court, however, did not issue the attached decision until June 13, 2008.

Dated: June 16, 2008

JAMES F. McCABE
ADRIANO HRVATIN
SARAH E. GRISWOLD
MORRISON & FOERSTER LLP

By:  /s/ Sarah E. Griswold
     Sarah E. Griswold

Attorneys for Defendant
WASHINGTON MUTUAL BANK

STMT. OF RECENT DECISION RE: DEFENDANTS SUNLAN AND WASHINGTON MUTUAL BANK'S MOT. TO DISMISS    1
CASE NO. C-07-5858 PJH
sf-2532413