# EXHIBIT A

FILED TJ
JUN 1 3 2008
UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
CIVIL MINUTE ORDER

Debtor : MARTIN/HELEN YACK

Case No: 07-25642-C-7
Adv No :
DC No : TWO #3
Date : 6/10/08
Time : 9:30 A.M.

Matter : HEARING - MOTION TO
REQUEST ABANDONMENT
5-12-08 [45]

Judge: Christopher M. Klein
Courtroom Deputy: Teresa Jackson
Reporter: Sandra von Haenel
Department: C

APPEARANCES for:
  Moving Party
  None

  Respondent
  Creditor - Adam Lewis
  Trustee - Howard Nevins; Michael Dacquisto-ph

CIVIL MINUTE ORDER

Findings of fact and/or conclusions of law having been stated orally on the record and good cause appearing.

IT IS ORDERED that the motion is denied without prejudice.

Dated: JUN 1 3 2008

_____
UNITED STATES BANKRUPTCY JUDGE

This document does not constitute a certificate of service. The parties listed below will be served a separate Notice of Entry of the attached order or judgment.

| Adam Lewis | Thomas Olson | Michael Dacquisto |
|---|---|---|
| 425 Market St | 6472 Holstein Way | PO Box 992631 |
| San Francisco, CA 94105-2482 | Sacramento, CA 95831 | Redding, CA 96099 |

Howard Nevins
2150 River Plaza Dr # 450
Sacramento, CA 95833-3883