DEAN D. PAIK (State Bar No. 126920)
236 West Portal Avenue, #793
San Francisco, CA 94127
Telephone:     (415) 370-9810
Email:              dpaik@pacbell.net

PAUL S. GROBMAN (appearing *pro hac vice*)
555 Fifth Avenue, 17th Floor
New York, New York  10017
Telephone: 212.983.5880
Facsimile: 415.682.7060
Email: grobtown@aol.com

Attorneys for HELEN and MARTIN YACK
on behalf of themselves and all others similarly situated

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HELEN and MARTIN YACK on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>WASHINGTON MUTUAL INC., SUNLAN-020105, LLC; SHERIFF'S DEPARTMENT, COUNTY OF LOS ANGELES, CALIFORNIA; CLERK'S OFFICE, COUNTY OF BUTTE, CALIFORNIA; and DOES 1-10,<br><br>Defendants. | Case No.: 07-5858-PJH<br><br>**NOTICE OF PLAINTIFFS' FILING OF RENEWED MOTION TO REQUEST ABANDONMENT PURSUANT TO BANKRUPTCY RULE 6007**<br><br>Hearing:<br><br>Date: June 25, 2008<br>Time: 9:00 a.m.<br>Courtroom:  3<br><br>The Honorable Phyllis J. Hamilton |

**NOTICE OF PLAINTIFFS' FILING OF RENEWED MOTION TO REQUEST ABANDONMENT PURSUANT TO BANKRUPTCY RULE 6007**

**TO THE CLERK OF COURT AND TO DEFENDANTS AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that on June 20, 2008, Plaintiffs HELEN and MARTIN YACK filed a Renewed Motion To Request Abandonment Pursuant To Bankruptcy Rule 6007 in *In Re Martin Yack and Helen Yack*, United States Bankruptcy Court, Eastern District of California, case no. 07-25642-A-7.  A true and correct copy of Plaintiffs' motion is attached as

- 2 -

1  an exhibit to this notice.

2  Dated: June 23, 2008

By           /s/ Dean D. Paik
                    DEAN D. PAIK

Attorneys for HELEN and MARTIN YACK on behalf of themselves and all others similarly situated

- 2 -

- 3 -

NOTICE OF FILING