DEAN D. PAIK (State Bar No. 126920)
236 West Portal Avenue, #793
San Francisco, CA 94127
Telephone: (415) 370-9810
Email: dpaik@pacbell.net

PAUL S. GROBMAN (appearing *pro hac vice*)
555 Fifth Avenue, 17th Floor
New York, New York 10017
Telephone: 212.983.5880
Facsimile: 415.682.7060
Email: grobtown@aol.com

Attorneys for HELEN and MARTIN YACK
on behalf of themselves and all others similarly situated

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HELEN and MARTIN YACK on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>WASHINGTON MUTUAL INC., SUNLAN-020105, LLC; SHERIFF'S DEPARTMENT, COUNTY OF LOS ANGELES, CALIFORNIA; CLERK'S OFFICE, COUNTY OF BUTTE, CALIFORNIA; and DOES 1-10,<br><br>Defendants. | Case No.: 07-5858-PJH<br><br>**DECLARATION OF PAUL GROBMAN IN SUPPORT OF PLAINTIFFS' AND THEIR ATTORNEYS OPPOSITION TO DEFENDANT WASHINGTON MUTUAL INC.'S MOTION FOR RULE 11 SANCTIONS**<br><br>Hearing:<br><br>Date: July 23, 2008<br>Time: 9:00 a.m.<br>Courtroom: 3<br><br>The Honorable Phyllis J. Hamilton |

I, Paul S. Grobman, declare:

1. I am an attorney at law duly licensed to practice in the courts of New York state and am appearing as counsel for Plaintiffs Martin and Helen Yack in this matter *pro hac vice*. I have personal knowledge of the matters stated herein and, if called upon to do so, would and

1 could competently testify to the same.

2     2. After counsel for Defendant Washington Mutual Bank raised the fact that the
3 Yacks had not disclosed these prospective claims in the bankruptcy proceeding, I contacted
4 Tom Olson (the Yacks *pro bono* bankruptcy counsel) and advised him of the action filed in
5 federal district court. Mr. Olson promptly moved to reopen the bankruptcy matter, which had
6 been closed on November 16, 2007.

7     3. By Order dated April 28, 2008, the bankruptcy court reopened the Chapter 7 case
8 "for the purpose of determining whether the estate should be substituted for the debtors" in the
9 action pending in San Francisco. I have attached a true and correct copy of the April 27, 2008
10 order as Exhibit A to my declaration.

11     4. On May 10, 2008, Mr. Olson filed a Motion to Request Abandonment of the
12 Yack's claims in this action pursuant to Rule 6007 of the Federal Bankrupcty Rules. I have
13 attached a true and correct copy of the Motion to Request Abandonment as Exhibit B to my
14 declaration.

15     5. On May 27, 2008, the bankruptcy trustee unequivocally advised Mr. Olson in
16 writing that he did not object to the abandonment of the pending claims to the Yacks. I have
17 attached a true and correct copy of a letter dated May 27, 2008 from the trustee as Exhibit C to
18 my declaration.

19     6. Hours after the Yacks filed their opposition, the trustee abruptly reversed his
20 commitment to the Yacks and withdrew his abandonment in a letter dated May 28, 2008. I have
21 attached a true and correct copy of a letter dated May 28, 2008 from the trustee as Exhibit D to
22 my declaration.

23     7. On May 29, 2008, the trustee filed his Affirmation in Opposition to the Motion to
24 Abandon. I have attached a true and correct copy of the Response of Michael Dacquisto,
25 Chapter 7 Trustee, to Motion to Compel Abandonment with Request to Consider Late Filed
26 Opposition as Exhibit E to my declaration.

27
28

■ 2 -

DECLARATION OF PAUL GROBMAN
CASE NO. 07-5858-PJH

1   I declare under penalty of perjury under the laws of the State of California that the
2   foregoing is true and correct, and this declaration was executed in New York, New York on
3   June 27, 2008.

4
5                                                              /s/ Paul S. Grobman
                                                              PAUL S. GROBMAN
6
7
                                            ATTESTATION
8
9   I, Dean D. Paik, am the ECF user whose ID and password are being used to file this
10  declaration.  In compliance with General Order No. 45X.B., I hereby attest that Paul S.
11  Grobman executed the above declaration on June 20, 2008 at New York, New York.
12
13
                                                              /s/ Dean D. Paik
14                                                            DEAN D. PAIK
15
16
17
18
19
20
21
22
23
24
25
26
27
28
                                              ■  3 -

DECLARATION OF PAUL GROBMAN
CASE NO. 07-5858-PJH