## Michael P. Dacquisto, Chapter 7 Trustee

Post Office Box 992631
Redding, California 96099-2631
Telephone 530-244-6267
Fax 530-244-0907

May 28, 2008

Mr. Thomas W. Olson, Esq.
6472 Holstein Way
Sacramento, CA 95831

By Fax to (916) 429-0800
(Original will not follow)

    Bk Case #:    07-25642-C-7, Martin and Helen Yack

Dear Tom:

I received a message this morning on my answering machine, while I was conducting 341 meetings, which leads me to believe this undisclosed asset of the Yacks may have significant value to the chapter 7 bankruptcy estate. If true that would be contrary to what has been represented to me thus far. I am investigating this. At this time I am withdrawing my letter of 5/27/08 to you and withdrawing my consent to the proposed abandonment. As soon as I reach a final decision on this matter I will let you know. Depending on my decision it may be appropriate for you to withdraw the motion. I'll let you know as soon as possible.

Sincerely,

*[signature]*

Michael P. Dacquisto
mpd/sw