UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**CIVIL MINUTES**

**Date:** July 23, 2008                                          **JUDGE:**  Phyllis J. Hamilton


**Case No:**  C-07-5858  PJH

**Case Name:** Helen Yack, et al v. Washington Mutual, Inc., et al.

**Attorney(s) for Plaintiff:**        Paul Grobman; Dean Paik
**Attorney(s) for Defendant:**        Jim McCabe; Sarah Griswold

**Deputy Clerk**:  Nichole Heuerman            **Court Reporter**: Lydia Zinn


**PROCEEDINGS**

    Defendant Washington Mutual Bank's Motion for Sanctions-Held.  The court takes the matter under submission.


**Order to be prepared by:**   [] Pl [] Def  [x]  Court

**Notes:**

**cc:** file