UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

HELEN AND MARTIN YACK,

    Plaintiff(s),

v.

WASHINGTON MUTUAL INC.,

    Defendant(s).

_____/

No. C 07-5858 PJH

**ORDER**

The court has received a letter signed by both of plaintiffs' attorneys which appears to have been prepared for the purpose of convincing the court that certain authority discussed at last week's hearing was being misconstrued by the court. Putting aside the complete inability of counsel to know what this court "believed," such correspondence with the court after a matter has been submitted is entirely inappropriate and not permitted by the local rules. It does not appear that the letter has been e-filed and counsel are ordered not to do so. If it has been proffered to the Clerk of Court, it is ordered STRICKEN. The court has discarded the letter, and plaintiffs' counsel are ordered to cease and desist any and all attempts at improper communication with the court.

**IT IS SO ORDERED.**

Dated: July 28, 2008

_____
PHYLLIS J. HAMILTON
United States District Judge