UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

HELEN AND MARTIN YACK,

    Plaintiff(s),

    v.

WASHINGTON MUTUAL INC., et al.,

    Defendant(s).
_____/

No. C 07-5858 PJH

**JUDGMENT**

    This action came before the court and the court having granted defendants' motion to dismiss,

    it is Ordered and Adjudged

    that the complaint is dismissed with prejudice as to defendants Washington Mutual Inc., Sunlan 020105, and Los Angeles County Sheriff's Department.  It is dismissed without prejudice as to defendant Butte County Clerk's Office.

    IT IS SO ORDERED.

Dated: August 15, 2008

_____
PHYLLIS J. HAMILTON
United States District Judge